

# Fourth Court of Appeals
## San Antonio, Texas

February 9, 2021

No. 04-21-00023-CV

**IN THE INTEREST OF B.G.G., A CHILD**

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 13834
Honorable Albert D. Pattillo, III, Judge Presiding

# O R D E R

The reporter's record was due by February 5, 2021. On February 8, 2021, the court reporter filed a notification of late record, stating that the reporter's record has not been filed because appellant has failed to pay or make arrangements to pay the court reporter's fee for preparing the record and appellant is not entitled to appeal without paying the fee. The court reporter further states appellant has failed to request the reporter's record in writing.

We therefore **ORDER** appellant to provide written proof to this court that either (1) the court reporter's fee has been paid or arrangements have been made to pay the fee; or (2) appellant is entitled to appeal without paying the fee **by February 19, 2021**. We further **ORDER** appellant to provide written proof to this court that appellant has requested the court reporter to prepare the reporter's record, which request must designate the portions of the proceedings and the exhibits to be included, **by February 19, 2021**. *See* TEX. R. APP. P. 34.6(b)(1).

If appellant fails to respond within the time provided, the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of February, 2021.



Michael A. Cruz,
Clerk of Court